UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HERMAN CARLEE McMILLIAN,

                Plaintiff,

   -against-

E. KOEHLER; ALLYN R. SIELAFF;
THE CITY OF NEW YORK; THE
NEW YORK CITY DEPARTMENT OF
CORRECTION; Warden, WILLIAM
COGDELL; ROBERT DEROSA;
TREVOR JOHNSON; CECIL GEORGE;
MAURICE CARROLL; ROBERT
ROSMINI,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
07-CV-5407 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 12 2008 ★

An Order of Honorable John Gleeson, United States District Judge, having been been filed on February 7, 2008, denying plaintiff's motion for leave to file a complaint; dismissing the action; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that plaintiff's motion for leave to file a complaint is denied; that the action is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       February 08, 2008

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court